*Filed in open court* 11/9/06 (ew)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-131M-MPT |
| | : | |
| LISA REED and, | : | |
| TERESA M. FLOOD, | : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER TO UNSEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United

States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States

Attorney for the District of Delaware, hereby moves this Honorable Court to unseal the Criminal

Complaint and attached Affidavit, Arrest Warrants, and related file.

> COLM F. CONNOLLY
> United States Attorney
>
> BY: _____
>
> Beth Moskow-Schnoll
> Assistant United States Attorney

Dated: November 9, 2006

**IT IS SO ORDERED** this _____9_____ day of _____November_____, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge