IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. ___TERESA M. FLOOD___   CASE NO.___CR 06-125 KAJ___

The defendant,___TERESA M. FLOOD___, having been scheduled for arraignment on___NOVEMBER 23, 2006___

and a continuance having been made by the ___COURT___ for the following reason;

___DUE TO COURT SCHEDULING CONFLICTS___. The Court finds that the ends of justice served by ordering the continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued ___NOVEMBER 30, 2006___

(2) The period between___11/23/06___ and___11/30/06___

shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 12/4/06

FILED
DEC 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE