08/29/2000    TROOP 2 STATE POLICE                01-06-077754

## Investigative Narrative

On 081806, at approximately 1345 hours, State Detectives transported D- Teresa Flood to troop 2 for a pending warrant. At approximately 1448 hours, Secret Service Agent A. Balceniuk began the interview. At that time, she was of her Miranda Rights and signed that she understood these rights and waived them. SSA Balceniuk and I signed the warning form. She stated her full name as Teresa Marie Flood, DOB ▓▓▓64, and that she was currently staying with family members and her parents at ▓▓▓▓▓▓, Chester PA. She said that she had lived in Delaware at ▓▓▓▓▓▓ but moved from there in 2003 or 2004. She said that when she lived in Delaware she worked for a company named Square D. Company as an assistant. She stated that prior to that she worked at FMC which specialized in robotic systems which she helped design. She advised that she attended University of Pennsylvania for four years but she did not obtain a degree. She was studying electrical engineering. She said that most recently she has been working as a tutor at Sky Learning and doing consulting. She said that when she lived in Delaware she had a consulting business.

D- Flood advised that she met Glenny Coleman in the fall of 2003 through her cousin "Marvin." She said she was living at ▓▓▓▓▓▓ at the time and he was living with his mother in north Wilmington. She stated that it was a personal relationship and that they were never in business together.

D- Flood stated that she had opened Agape Ventures in approximately 2005. She said that she was the only employee of the company and that she did consulting for education, engineering and entertainment. She also said that she opened T & T Enterprises which involved telecommunication Both of these business were run out of her home.

D- Flood advised that she opened P.O. Boxes at the Talleyville Post Office (on Concord Pike in Wilmington) and in a UPS Store on Kennett Pike, Wilmington. She advised that the Talleyville box received mail for Agape Ventures, T & T, and Teresa Flood. She stated that a client named ▓▓▓ C▓▓ had a key to that mail box for a couple months, but no one else had access to that box. The Kennett Pike box received mail for T & T and Agape Ventures.

D- Flood stated that she opened the PNC account in 2005 for herself. She stated that she listed both mailboxes on her account information. She advised that she was the only person to have access to that account.

She was shown a copy of the R▓▓▓ F▓▓ check that was deposited into that PNC account and the deposit slip. She said "if it went in my account, I must have done it." She advised that the check came from a consulting job that a friend of hers had set up. She advised that she never met R▓▓▓ F▓▓ and did not end up doing work for him. When asked where she got the check from she said she got it from that friend.

Then D- Flood was shown a copy of the Cashier's Check from PNC Bank to Marmaco Management, LLC. The memo line reads "TERESA FLOOD (AGAPE VENTURES)." She said it was to rent office space. When asked who she was renting office space for, she became quiet then stated she wanted to speak to an attorney. The interview ended at approximately 1519 hours.

**EXHIBIT**

- Flood was fingerprinted and photographed. Judge Hudson of JP CT 2 completed the arraignment and set bail at $1000.00 unsecured. She was released from the troop with a date to appear in CCP.

| Reporting Officer | Supervisor Approval |
|---|---|
| ET SKUBIK - 42752 002 | SUSAN L JONES PSPT713 Date 08/28/2006 1310 |