IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-125-SLR |
| ) | |
| TERESA M. FLOOD, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 18th day of January, 2007,

IT IS ORDERED that:

1. A telephone conference is scheduled for **Friday, January 29, 2007** at **9:00 a.m.**, with the court initiating said call.

2. The time between this order and the **January 29, 2007** teleconference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge