IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-125-SLR |
| | ) |
| TERESA M. FLOOD, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this  31st  day of January, 2007,

IT IS ORDERED that an evidentiary hearing is scheduled for **Monday, March 12, 2007** at **4:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge