## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     :
                                  :
          Plaintiff,             :
                                  :
      v.                      :      Criminal Action No. 06-125-SLR
                                  :
TERESA M. FLOOD,           :
                                  :
          Defendant.        :

### <u>MOTION FOR CONTINUANCE</u>

NOW COMES the United States of America, by and through its undersigned counsel, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant U.S. Attorney, and, for the following reasons, respectfully requests a three week continuance of the evidentiary hearing currently scheduled for March 12, 2007:

1.      On November 16, 2006, the defendant was charged in a three count indictment with bank fraud in violation of 18 U.S.C. § 1344, with aggravated identity theft in violation of 18 U.S.C. § 1028A, and with wire fraud in violation of 18 U.S.C. § 1343. The defendant was released on bail at her initial appearance and has remained on pretrial release.

2.      The defendant filed pretrial motions, and an evidentiary hearing is scheduled for March 12, 2007, at 4:30 p.m. However, the parties are moving towards a non-trial resolution of the case, and a three week continuance of the evidentiary hearing could give the parties the additional time needed to resolve this matter.

3.      Richard Freeman, Esq., counsel for the defendant, does not oppose this request.

WHEREFORE, the United States respectfully requests that the Court continue the

evidentiary hearing for three weeks or to a date and time consistent with the Court's calendar.


COLM F. CONNOLLY
United States Attorney

By: _____

Beth Moskow-Schnoll
Assistant United States Attorney

Dated:  March 7, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|                                   |   |                                   |
|-----------------------------------|---|-----------------------------------|
| UNITED STATES OF AMERICA,         | : |                                   |
|                                   | : |                                   |
|        Plaintiff,                 | : |                                   |
|                                   | : |                                   |
|     v.                            | : | Criminal Action No. 06-125-SLR    |
|                                   | : |                                   |
| TERESA M. FLOOD,                  | : |                                   |
|                                   | : |                                   |
|        Defendant.                 | : |                                   |

## ORDER

**AND NOW**, this _____ day of _____, 2007, upon consideration of the

defendant's Motion for Continuance, it is hereby **ORDERED** that the evidentiary hearing

previously scheduled for March 12, 2007, at 4:30 p.m. is continued to _____

_____ .

THE HONORABLE SUE L. ROBINSON
Chief U.S. District Judge

## CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          Criminal Action No. 06-125-SLR
                                  )
TERESA M. FLOOD                   )


I, Sharon Bernardo, an employee of the United States Attorney's Office, hereby certify that on

March 8, 2007, I electronically filed the foregoing:

### MOTION FOR CONTINUANCE

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

        Richard G. Freeman, Esquire
        rgfri@aol.com


                            *Sharon R. Bernardo*