IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-125-SLR |
| TERESA M. FLOOD, | : |
| Defendant. | : |

**ORDER**

AND NOW, this _9th_ day of _March_, 2007, upon consideration of the defendant's Motion for Continuance, it is hereby **ORDERED** that the evidentiary hearing previously scheduled for March 12, 2007, at 4:30 p.m. is continued to _April 10, 2007 at 2:30 p.m._.

_____
THE HONORABLE SUE L. ROBINSON
Chief U.S. District Judge