AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF          DELAWARE

U.S.A.
V.
TERESA M. FLOOD

## EXHIBIT AND WITNESS LIST

Case Number:          06-125 -SLR

| PRESIDING JUDGE SUE L. ROBINSON | | | | PLAINTIFF'S ATTORNEY BETH MOSKOW-SCHNOLL, ESQ. | DEFENDANT'S ATTORNEY RICHARD G. FREEMAN, ESQ. |
|---|---|---|---|---|---|
| TRIAL DATE (S) 4/10/07 | | | | COURT REPORTER V. GUNNING | COURTROOM DEPUTY F. TASSONE |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| Govt. 1 | | 4/10/07 | | YES | Adult Complaint and Warrant In the Justice of the Peace Court - State of DE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the ease file or not available because of size.