Redacted

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were caused to be served this 1st day of June, 2007, upon the following in the manner indicated:

### BY MAIL

Ms. Beth Moskow-Schnoll
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277 x130
beth.moskow@usdoj.gov

*Teresa M. Flood*

Teresa M. Flood


Chester, PA

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were caused to be served this 1st day of June, 2007, upon the following in the manner indicated:

BY MAIL

Mr. Richard Freeman
924 Cherry Street
4th Floor
Philadelphia, PA 19107
(215) 574-8818
rgfrim@aol.com

*Teresa M. Flood* (signature)

Teresa M. Flood

Chester, PA

1 June 2007


Chester, PA

Federal Court
844 N. King Street
Lock Box #18
Wilmington, DE 19801

ATTN: Judge Robinson

Reference Case File 06CR125



Dear Judge Robinson:

In the interest of justice regarding this case, I am writing to respectfully request that I may have another attorney intercede on my behalf at this time. I am not confident that my best interest has been fully served.

I would like to further discuss the reasons that support my lack of confidence prior to making a decision since this is a critical juncture in the case. My objective is to assist in resolving this legal matter as well as at the same time allowing myself a fair opportunity to do so.

Sincerely,

*Teresa M. Flood*
Teresa M. Flood

PHILADELPHIA PA

04 JUN 2007 PM 9 L

U.S.M.S X-RAY



Clerk Office
U.S. District Court
District of Delaware
844 N. King Street
Lock Box #18
Wilmington DE 19801

19801+3519