IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 06-125-SLR |
| TERESA M. FLOOD, | ) ) ) | |
| Defendant. | ) ) | |

## O R D E R

At Wilmington this 25th day of June, 2007, having conducted a telephonic status conference wherein counsel for plaintiff, counsel for defendant and defendant Teresa Flood participated;

IT IS ORDERED that:

1. A status conference will be held on **Tuesday, July 17, 2007** at **5:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. At that time, defendant Flood must present evidence to support her claims that the previously adjudicated motions to dismiss and suppress were not fully and fairly presented, in support of her motion for the appointment of new counsel. Failure to articulate specific reasons for concern will result in the case going forward, either to plea or trial, with present counsel.

2. Should, defendant Flood retain legal representation, this attorney shall appear on her behalf at the hearing.

3. The time between this order and the **July 17, 2007** conference shall be excluded under the Speedy Trial Act, the court finding that defendant's oral waiver of her Speedy Trial Rights was made to allow her additional time to present evidence to support her motion for new counsel. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge