IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-125-SLR |
| | ) | |
| TERESA M. FLOOD, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 31st day of July, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Thursday, August 9, 2007** at **11:00 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and **August 9, 2007** shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge