IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                        )<br>            Plaintiff,                         )<br>                                                        )<br>    v.                                              )   Crim. No. 06-125-SLR<br>                                                        )<br>TERESA M. FLOOD,                  )<br>                                                        )<br>            Defendant.                    ) | |

## ORDER

At Wilmington this 9th day of August, 2007, having conferred with counsel;

IT IS ORDERED that:

1. A jury trial is scheduled to commence on **Monday, November 26, 2007** at **9:30 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Tuesday, November 13, 2007** at **5:00 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. **No pleas, except to all charges, shall be accepted after the pretrial hearing.**

3. Motions in limine shall be filed on or before **Tuesday, October 30, 2007**. Proposed jury instructions, voir dire and responses to motions in limine shall be filed on or before **Tuesday, November 6, 2007**.

4. The time between this order and **November 13, 2007** shall be excluded

under the Speedy Trial Act in the interests of justice.  18 U.S.C. § 3161(h)(8)(A).


_____
United States District Judge