AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
TERESA M. FLOOD

CHESTER, PA

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: CR 06-125-SLR

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Courtroom #6C, 6th Floor |
| | Date and Time |
| | 9/27/07 AT 1:00 PM |
| Before: Honorable Mary Pat Thynge, United States Magistrate Judge | |

** Please report to the U.S. Marshal's in Rm #100 by 12:30 PM

To answer a(n)

X Indictment   x Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

SUPERSEDING

Charging you with a violation of Title __18__ United States Code, Section(s) __1343__

Brief description of offense:

WIRE FRAUD - ( COUNTS I AND IV );
BANK FRAUD - ( COUNT II );
AGGRAVATED IDENTITY THEFT - ( COUNT III AND V )

BY: _[signature]_ ; DEPUTY CLERK
Signature of Issuing Officer

SEPTEMBER 18, 2007 at Wilmington, DE
Date

Peter T. Dalleo, Clerk of Court
Name and Title of Issuing Officer

FILED 2007 OCT -4 AM 9:42 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE



AO83 (Rev. 12/85) Summons in a Criminal Case

| | RETURN OF SERVICE |
|---|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Cert. mail

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  9-28-07
Date

DW Thomas
Name of United States Marshal

BTCaffey
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.