IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-125-SLR |
| | : | |
| TERESA M. FLOOD, | : | |
| | : | |
| Defendant. | : | |

### REQUEST BY UNITED STATES FOR SPECIAL VOIR DIRE

NOW COMES the United States of America, by and through its undersigned counsel, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby respectfully requests that the Court submit the following proposed special voir dire to the jury panel in this case:

1.  Have you, any members of your family, or any of your acquaintances ever had any experiences with Wells Fargo Bank that would influence your ability to sit as a fair and impartial juror in this matter;

2.  Have you, any members of your family, or any of your acquaintances ever had any experiences with Castle Acura that would influence your ability to sit as a fair and impartial juror in this matter;

3.  Have you, any members of your family, or any of your acquaintances ever been a victim of a crime, including identity theft or any other fraud, and, if so would that influence your ability to sit as a fair and impartial juror in this matter;

4. Are you, or do you have a close friend or relative employed as a law enforcement officer, and, if so would that influence your ability to sit as a fair and impartial juror in this matter?

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

BY: *Beth M. Schnoll*
                                                Beth Moskow-Schnoll
                                                Assistant United States Attorney

Dated: November 6, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Act. No. 06-125-GMS |
| TERESA MARIE FLOOD, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby state that on November 6, 2007, I electronically filed a REQUEST BY UNITED STATES FOR SPECIAL VOIR DIRE with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, and a copy was sent electronically to Elayne C. Bryn, counsel for the defendant, at the following email address: ebryn@worldnet.att.net.

Beth Moskow-Schnoll
Assistant United States Attorney