IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TERESA FLOOD | : | NO. 06-125 |

DEFENDANT TERESA FLOOD'S REQUESTED QUESTIONS FOR VOIR DIRE

This is a criminal case, in which the Assistant United States Attorney representing the United States is Beth Moskow-Schnoll. The defendant is Teresa Flood and her counsel is Elayne C. Bryn, Esquire.

1. Are you personally acquainted with the defendant or do you, or does any member of your immediate family, have any connection of any kind with the defendant?

2. Do you know, or are you related by blood or marriage to counsel for the government or counsel for the defendant?

3. Has any lawyer in this case acted as your attorney, or the attorney for any of your immediate family members or close friends, to your knowledge?

4. Do you know anything at all about the facts of this case or about this case in general? Have you heard, seen, or read anything about it in the media? If so, have you formed any opinions about this case? Could you follow my instructions and determine the defendant's guilt or innocence based only on the evidence produced in this trial?

5. Are you personally acquainted with any of the anticipated witnesses in this case, or does any member of your immediate family have any connection of any kind with any such witness? [See attached preliminary list.]

6. Have you ever been a juror before? If yes, where, when, and in what type of case (civil or criminal)? Was it in federal or state court? Did you reach a verdict? If so, what was that verdict?

7. Have you or any member of your immediate family, or any close friend, ever been the victim of a crime or participated in a criminal case as a complainant, witness for the government, or in some other capacity? If yes:

- Was anyone arrested?

- Were you satisfied with how the investigation was handled?

- Was anyone prosecuted?

- Were you satisfied with how the courts handled the prosecution?

- Was there anything about your experience that would make it hard for you to determine this case fairly and impartially?

8. Have you or any member of your immediate family, or any close friend, ever participated in a criminal case as a defendant, witness for the defense, or in some other capacity? If yes:

- Were you satisfied with how the courts handled the prosecution?

- Was there anything about your experience that would make it hard for you to determine this case fairly and impartially?

9. Have you or anyone close to you ever been an eyewitness to a crime, whether or not the case was ever prosecuted in court?

10. Have you or anyone close to you ever been employed in law enforcement or the criminal justice system? This includes, but is not limited to, law enforcement officers, prosecutors, detectives, security guards, and/or prison guards?

11. Would you have any problem whatsoever in following the court's instructions that a defendant is presumed to be innocent unless or until the government has proven each and every element of the allegations beyond a reasonable doubt?

12. Would you have any problem whatsoever that the defendant in a criminal case does not have to take the stand in his or her own defense nor present any evidence whatsoever, and it cannot be held against them if he or she elects to remain silent or present no evidence?

13. Do you agree with the proposition that simply because someone is arrested, it does not mean that the person is guilty of anything?

14. Is there any reason whatsoever why you could not be a fair juror in a criminal case?

15. Do you have a close friend or relative who is employed by the federal government?

16. Do you have a close friend or relative that does business with the federal government?

17. Do you have any close friends or relatives who are judges, law clerks, or other court personnel?

18. Are you or any members of your family part of a neighborhood watch group or committee?

19. This case is being prosecuted by the United States Attorney's Office for the District of Delaware. The United States Attorney for this district is Colm F. Connolly. Do you know or have any connections (personal, business, or social) with Colm F. Connolly or any other current or former employees of the United States Attorney's Office?

20. Would you at any way whatsoever be influenced by the religion, race, color or ethnic background of a witness when considering the believability of his or her testimony?

21. Have you seen, heard or read anything about this case or the defendant Teresa Flood? This includes not only from the media, but also anything you might have heard from relatives, friends or co-workers?

22. Based upon what you have heard about this case so far, do you have any bad impression, opinion or belief that would lead you to believe the defendant is guilty or innocent?

23. The indictment itself is not evidence against the defendant. It is simply the written document by which the government notifies an individual of the charges against him. You may not assume any wrongdoing on the part of a person merely because he or she has been indicted. Would you have any difficulty whatsoever in following this rule?

24. Is there any other matter which you believe you should call to the court's attention, which may have any bearing on your qualifications as a juror or which may effect your ability to be fair to all parties in this case and render an impartial verdict based solely on the evidence and the court's instructions on the law?

25. Have you ever sat on a grand jury?

26. Do you, or does any member of your immediate family, or any close friend, have any dealings with the United States government or any of its agencies, from which you might profit?

27. Have you ever had, or do you now have, or do you presently anticipate having, any case or dispute with or claim against the United States government?

28. The government alleges that defendant Teresa Flood engaged in Wire Fraud, Bank Fraud and Aggravated Identity Theft. Do you have any difficulty in reaching an impartial verdict on such charges, consistent with the instructions on the law which I will give you? Do you harbor any belief that would lead you to favor either the government or the defendant on such charges?

29. Have you or any members of your immediate family or close personal friends ever served as law enforcement officers? If yes, please explain.

30. Have your or any members of your immediate family received a law degree, or attended law school, or studied law?

31. If there was any conflict in testimony between a federal agent or other law enforcement officer and a civilian witness, would you give more weight to the agent's testimony merely because he or she was engaged in law enforcement work? Would you give less weight to the agent's testimony for any reason?

32. Do you have a problem with your hearing, your eyesight, or any other physical handicap, which would in any manner present you from hearing, seeing, or understanding the evidence presented at trial?

33. Do you have any psychological or emotional concern which may make it difficult for you to sit as a juror in this case?

34. What is the highest level of education you have completed?

35. Do you have any opinions, religious beliefs, philosophies, or prejudices which would make you unable to come to a verdict in this case? For example, do you believe that no person should ever be judged or convicted? Do you believe that a person is guilty just because she is here in court?

36. Do you know of any reason why you may be prejudiced for or against the government, for or against any witnesses, or for or against any of the defendants, because of the nature of the charges in this case or otherwise?

37. Is there anything which may present your rendering a fair and impartial verdict based solely upon the evidence and my instructions on the law?

38. I will instruct you that you may not base your verdict on sympathy or prejudice. Are any of you unable to follow this instruction?

Respectfully submitted,

/s/ Elayne C. Bryn
ELAYNE C. BRYN, ESQUIRE
Attorney I.D. No. 51050
Two Penn Center Plaza
1500 J.F.K. Blvd., Suite 1230
Philadelphia, PA 19102
(215) 988-9570

Attorney for Defendant,
Teresa Flood

Date:_____

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2007, I caused to be served via e-mail, a true and correct copy of the attached Defendant Teresa Flood's Questions For Voir Dire upon the following counsel:

> Beth Moskow-Schnoll, Asst. United States Attorney
> Office of the United States Attorney
> District of Delaware
> 1007 N. Orange Street, Suite 700
> Wilmington, Delaware

The foregoing document is also available for downloading in electronic format.

Date:_____                    /s/ Elayne C. Bryn
                                              ELAYNE C. BRYN, ESQUIRE