IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-125-SLR |
| TERESA M. FLOOD, | : |
| Defendant. | : |

### GOVERNMENT'S TRIAL WITNESS LIST

At the trial in the above-captioned matter, the United States intends to call the following individuals as witnesses:

Paul Murphy, Richard Fleetwood, Gayle McCoy, Barbara Biderberg, Tenelle Harris, Jeffrey Frank, Robert Fumo, Vincent Dixon, Laurie Kane, Fred Quercetti, Jr., Mary Kelly, Rick Capaldo, Susan Kee, Veronica James-Lewis, Sue Jones, Dave Smith, Frank McMahon, Vincent Santoro, Nancy Skubik, and Andrew Balceniuk.

In addition, the United States has served a trial subpoena on Chase Auto Finance and a custodian of records (as of yet unidentified) may testify at trial.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Lesley F. Wolf
Assistant United States Attorney

Dated: November 20, 2007