### UNITED STATES OF AMERICA v. TERESA M. FLOOD
### Crim. No. 06-125-SLR

### VOIR DIRE

Good morning, ladies and gentlemen. I am Judge Robinson and I will be presiding over the trial for which a jury is about to be drawn in the case captioned **United States v. Teresa M. Flood.** Briefly stated, this case involves charges relating to wire fraud, bank fraud, and identity theft.

The defendant has pleaded not guilty to the charges.

The trial in this case is expected to last no more than five days.

The government is represented by Beth Moskow-Schnoll, Assistant United States Attorney and Lesley F. Wolf, Assistant United States Attorney.

The defendant is represented by Elayne C. Bryn, Esquire.

In the light of this brief summary, I will ask the panel certain questions in order to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any member of the panel answers any question in the affirmative, please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

### HAVE CLERK ADMINISTER THE OATH TO THE PANEL

1. Is any member of the panel related to, or personally acquainted with, the defendant, Teresa M. Flood?

2. Is any member of the panel related to, or personally acquainted with, Beth

Moskow-Schnoll, or Lesley F. Wolf, Assistant United States Attorneys, or with any other member of the Office of the United States Attorney for the District of Delaware?

3. Is any member of the panel related to, or personally acquainted with, Elayne Bryn, Esquire, defendant's counsel?

4. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this case:

**(See attached sheet)**

5. Has any member of the panel ever had any experiences with Wells Fargo Bank?

6. Has any member of the panel ever had any experiences with Castle Acura?

7. Does any member of the panel have any personal knowledge of this case, or have you read it or heard it discussed, or have an opinion regarding it?

8. Has any member of the panel ever been a witness to, victim of, or convicted of a crime?

9. Has any member of the panel ever served as a juror in a criminal trial or on a grand jury?

10. A fundamental principle of our legal system is that when a person is charged with a criminal offense, she is presumed to be innocent unless and until the government proves guilt beyond a reasonable doubt. If you are selected as a juror in this case, will any of you have difficulty applying this rule of law?

11. Another fundamental principle of our legal system is that a person charged with a crime does not have to testify on her own behalf at trial. If you are selected as a

juror in this case, will any of you have difficulty applying this rule of law?

12. Has any member of the panel, or a close friend or relative, ever been employed by a law enforcement agency?

13. Has any member of the panel, or a close friend or relative, ever had any bad experiences with law enforcement agencies or officers?

14. Does any member of the panel believe they will give more or less weight to the testimony of law enforcement officers?

15. This case involves the charges of wire fraud, bank fraud and identity theft. Is there anything about the nature of these charges that would prevent you from being an impartial juror?

16. Does any member of the panel have any special disability or problems that would make it difficult or impossible for you to serve as a member of the jury in this case?

17. Does any member of the panel know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

United States v. Teresa M. Flood
Crim. No. 06-125-SLR
Trial Witness List

Paul Murphy
Richard Fleetwood
Gayle McCoy
Barbara Biderberg
Tenelle Harris
Jeffrey Frank
Robert Fumo
Vincent Dixon
Laurie Kane
Fred Quercetti, Jr.
Mary Kelly
Rick Capaldo
Susan Kee
Veronica James-Lewis
Sue Jones
Dave Smith
Frank McMahon
Vincent Santoro
Nancy Skubik
Andrew Balceniuk
Glenny Coleman