

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. A. No. 06-125-SLR |
| | ) |
| TERESA M. FLOOD, | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

As to count I, wire fraud (purchase of Acura), we the jury unanimously find the defendant

  ✓ Guilty          _____ Not Guilty

As to count II, aiding and abetting the commission of bank fraud (Jeffrey Frank Wells Fargo MasterCard), we the jury unanimously find the defendant

  ✓ Guilty          _____ Not Guilty

As to count III, aiding and abetting aggravated identity theft (Jeffrey Frank Wells Fargo MasterCard), we the jury unanimously find the defendant

  ✓ Guilty          _____ Not Guilty

As to count IV, aiding and abetting the commission of wire fraud (Michael Fuller/Jeffrey Hudak), we the jury unanimously find the defendant

  ✓ Guilty          _____ Not Guilty

As to count V, aiding and abetting aggravated identity theft (Michael Fuller/Jeffrey Hudak), we the jury unanimously find the defendant

  ✓ Guilty          _____ Not Guilty