AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE _____

U.S.A.

v.

Teresa M. Flood

**EXHIBIT AND WITNESS LIST**

Case Number: 06-125-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | +Lesly Wolf / Beth Moskow Schnoll | Elayne Bryn |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/26/07 - 11/28/07 | V. Gunning | Jassore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/26/07 | | ✓ | Driver's License (Flood)      (Murphy) |
| 2 | | | | ✓ | Credit App. |
| 3 | | | | ✓ | Castle Dealerships |
| 4 | | | | ✓ | Fax from UPS Store |
| 5 | | | | ✓ | Pay Stub - National Auto Finance |
| 6 | | | | ✓ | Contract |
| 7 | | | | ✓ | Chase Prime App. Status |
| 8 | | | | ✓ | App for Title |
| 10 | | | | ✓ | Chase Leinholder Cancellation rus |
| 11 | | | | ✓ | Paystub                      (McCay) |
| 12 | | | | ✓ | Commerce Bank rec.      (Biderberg) |
| 13 | | | | ✓ | Stmt |
| 14 | | | | ✓ | Stmt |
| 15 | | | | ✓ | Stmt |
| 16 | | | | ✓ | Check |
| 17 | | | | ✓ | Check |
| 18 | | | | ✓ | Statement |
| 19 | | | | ✓ | Bank draft |
| 20 | | | | ✓ | Bank stmt |
| 21 | | | | ✓ | Bank draft |
| 22 | | | | ✓ | Check |
| | 1 | | ID | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

%AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| U.S.A. | | vs. | Flood | | CASE NO. 06-125-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 23 | | 11/26 | | ✓ | CD - phonecall - Wells Fargo  (Harris) |
| 24 | | 11/27 | | ✓ | stmt |
| 25 | | | | ✓ | Check |
| 26 | | | | ✓ | stmt |
| 27 | | | | ✓ | money order |
| 28 | | | | ✓ | Stipulation |
| 29 | | | | ✓ | Rental yos       (Fumo) |
| 30 | | | | ✓ | Lease |
| 31 | | | | ✓ | Marmac o Management, L.L.C. |
| 32 | | | | ✓ | Cashier's Check |
| 33 | | | | ✓ | Accant Agreement   (Kane) |
| 34 | | | | ✓ | stmt |
| 35 | | | | ✓ | stmt |
| 36 | | | | ✓ | record |
| 37 | | | | ✓ | record |
| 38 | | | | ✓ | Check |
| 39 | | | | ✓ | check |
| 40 | | | | ✓ | Electronic Journal Report |
| 41 | | | | ✓ | Cashier's Check |
| 42 | | | | ✓ | stmt |
| 43 | | | | ✓ | PNC Bank ATM Location Detail |
| 44 | | | | ✓ | Check |
| 45 | | | | ✓ | stmt |
| 46 | | | | ✓ | SSA Transaction + Tender (Kelly) |

Page 2 of 3 Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | U.S.A. vs. Teresa M. Flood | | CASE NO. | 06-125-SLR |
| 47 | | 11/27/07 | | | App. for P.O. Box (Capaldo) |
| 48 | | | | | License (Fuller) (Kee) |
| 49 | | | | | Loan App |
| 50 | | | | | Fax transmittal |
| 51 | | | | | Line up (Jones) |
| 52 | | | | | Home Tax sheet (James-Lewis) |
| 53 | | | | | Agreement of sale |
| 54 | | | | | Check |
| 65 | | | | | photographic array (Jones) |
| 55a | | | | | Stipulation |
| 55 | | | | | Subscriber history |
| 56 | | | | | App for state of DE Bus. License and/or withholding (Smith) |
| 57 | | | | | App for Delivery of Mail thrgh (McMahon) |
| 58 | | | | | Mailbox service agreement Agent |
| 59 | | | | | Mem. of plea agreement - Coleman (red.) |
| 62 | | | | | Vehicle record |
| 63 | | | | | Drivers License photos |
| 64 | | | | | Drivers License photo |
| 66 | | | | | Photo - Lisa Reed (Balceniuk) |
| 67 | | | | | Photo - Dolena Grayson |
| 60 | | | | | Miranda warning (Skubik) |
| 61 | | | | | DVD - video |

Page 3 of 3 Pages