IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
        v.                      )    Crim. No. 06-125–001-SLR
                                )
TERESA M. FLOOD,                )
                                )
            Defendant.          )

## ORDER

At Wilmington this 30th day of November, 2007,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for fourteen (14) jurors in the above entitled case for the dates of November 26-28, 2007.

_____
United States District Judge

cc:  Financial Administrator