IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Docket No. 1:06CR00125-001 (SLR) |
| ) | |
| Teresa M. Flood ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, the Court finds that a psychological evaluation is necessary to assist the Court in sentencing;

IT IS HEREBY ORDERED this 3d day of Dec., 2007 that:

The U.S. Probation Office shall make appropriate arrangements for evaluation of Teresa M. Flood, by a private psychologist, selected by the probation office, and that a copy of said evaluation shall be submitted to U.S. Probation Office when completed; the U.S. Probation Office will make copies available to the Court, counsel for the Government and counsel for the Defendant.

Dated:_____

                                                  _____
                                                  U.S. District Judge

cc: Clerk, U.S. District Court
    U.S. Probation Office
    Beth Moskow-Schnoll, AUSA
    Elayne Bryn, Esquire