LAW OFFICES

# ELAYNE C. BRYN

**FEDERAL EXPRESS**

TWO PENN CENTER PLAZA
1500 J.F.K. BLVD., SUITE 1230
PHILADELPHIA, PENNSYLVANIA 19102

TELEPHONE (215) 988-9570
FAX (215) 640-0596

December 4, 2007

ALSO MEMBER NEW JERSEY BAR
ALSO MEMBER NEW YORK BAR

Peter P. Dalleo, Clerk
Office of the Clerk
United States District Court
District of Delaware
844 N. King Street
4th Floor - Room 4209
Wilmington, DE  19801

      Re:  U.S.A. v. Teresa Flood
           Docket No. 06-125

Dear Mr. Dalleo:

    Enclosed please find the original and one (1) copy of Defendant Teresa Flood's Motion For A Judgment of Acquittal Under Fed.R.Crim.P. 29 and For A New Trial Under Fed.R.Crim.P. 33, for the above-captioned matter. I am also enclosing a 3.5"floppy disk containing the enclosed motion in PDF format.

    Please file the original motion and return a timestamped copy to me in the enclosed self-addressed, stamped envelope.

                        Very truly yours,

                        Elayne C. Bryn
                        ELAYNE C. BRYN

ECB:ll
Encs.

cc:  The Honorable Sue L. Robinson (w/enc.)
     Beth Moskow-Schnoll, Asst. United States Attorney (w/enc.)
     Teresa Flood (w/enc.)