**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-125-SLR |
| | ) | |
| TERESA FLOOD, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Beth Moskow-Schnoll as attorney of record for the United States, and enter the appearance of Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x106
lesley.wolf@usdoj.gov

Dated: January 2, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-125-SLR |
| | ) | |
| TERESA FLOOD, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 2nd day of January 2008, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Elayne C. Bryn, Esq.
Two Penn Center
1500 JFK Blvd., Suite 1230
Philadelphia, PA 19102


 /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney