

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  (302) 573-6277
*1007 N. Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

January 2, 2008

The Honorable Sue L. Robinson
United States District Judge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      Re:   **United States v. Teresa Flood**
             **Criminal Action No. 06-125-SLR**

Dear Judge Robinson:

      The United States is in receipt of the defendant's Motion for Judgment of Acquittal and for a New Trial. In that motion, Ms. Bryn requests leave to supplement her motion with a memorandum of law within two weeks of her receipt of the trial transcript. Once we are in receipt of the defendant's memorandum of law, we respectfully request two weeks within which to file the government's response.

                                  Respectfully submitted,

                                    COLM F. CONNOLLY
                                  United States Attorney

                 BY: _____
                          Lesley F. Wolf
                          Assistant United States Attorney

cc: Elayne C. Bryn