LAW OFFICES

# Elayne C. Bryn

TWO PENN CENTER PLAZA
1500 J.F.K. BLVD., SUITE 1230
PHILADELPHIA, PENNSYLVANIA 19102

February 14, 2008

TELEPHONE (215) 988-9570
FAX (215) 640-0596

ALSO MEMBER NEW JERSEY BAR
ALSO MEMBER NEW YORK BAR

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Wilmington, DE 19801

      Re: U.S.A. v. Teresa Flood
          Docket No. 06-125

Dear Judge Robinson:

    I represent defendant Teresa Flood in the above-captioned matter. Defendant's Sentencing Memorandum is due on Tuesday, February 26, 2008. In addition, I previously advised the court that I would be filing a supplement to Defendant's Motion For A Judgment of Acquittal Under Fed.R.Crim.P. 29 and For A New Trial Under Fed.R.Crim.P. 33 and a Memorandum of Law in support of that motion.

    I respectfully request an extension to file these two pleadings on Thursday, February 28, 2008. I contacted AUSA Lesley Wolf and she advised me that she does not have any objections to this request. Thank you for your consideration of this request.

Respectfully,

ELAYNE C. BRYN

ECB:ll

cc: Lesley Wolf, Asst. United States Attorney
    Ms. Teresa Flood