IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-125-SLR |
| | : | |
| TERESA M. FLOOD, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION FOR CONTINUANCE OF SENTENCING DATE**

NOW COMES the United States of America and defendant, through her counsel Elayne C. Bryn, Esq., and in connection with the above matter hereby moves this Court for a continuance of the sentencing date as set forth below:

1. On November 28, 2007, defendant, Teresa Flood was convicted on a five-count indictment following a jury trial.

2. On December 4, 2007, defendant, through her counsel, filed a Motion for Judgment of Acquittal and for New Trial. At that time, defendant stated she would file a memorandum of law within two weeks of the date that the trial transcript became available.

3. Defendant filed a memorandum of law on February 29, 2008 and filed a revised memorandum of law on March 3, 2008.

4. Defendant is currently scheduled to be sentenced before the Court on March 12, 2008 at 8:30 A.M.

5. The government has not yet filed its memorandum of law in opposition to the defendant's Motion for Judgment of Acquittal and for New Trial. The government respectfully requests until March 26, 2008 to file its responsive pleading.

6. In light of defendant's pending motion and in order to permit adequate time for disposition of that motion after full briefing, the parties believe it is in the interests of justice to continue defendant's sentencing until such time as her Motion for Judgment of Acquittal and for New Trial has been decided.

WHEREFORE, the United States and defendant respectfully ask the Court to continue defendant's sentencing date until after disposition of defendant's Motion for Judgment of Acquittal and for New Trial.

Respectfully submitted,

| | |
|---|---|
| s/Elayne C. Bryn | COLM F. CONNOLLY |
| Elayne C. Bryn, Esq | United States Attorney |
| | |
| | BY: Lesley F. Wolf |
| | Lesley F. Wolf |
| | Assistant United States Attorney |

Dated: March 6, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-125-SLR |
| | ) | |
| TERESA FLOOD, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 6th day of March 2008, I caused to be electronically filed a **Joint Motion for Continuance of Sentencing Date** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Elayne C. Bryn, Esq.
Two Penn Center
1500 JFK Blvd., Suite 1230
Philadelphia, PA 19102


　　/s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney