IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-125-SLR |
| | ) | |
| TERESA M. FLOOD, | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

At Wilmington this 3rd day of June, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to new trial and judgment of acquittal is denied. (D.I. 67)

_____
United States District Judge