IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-125 |
|               Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TERESA FLOOD, | : | |
|               Defendant. | : | |

NOTICE OF APPEAL

Notice is hereby given that Teresa Flood, defendant in the above-captioned criminal case, hereby appeals to the United States Court of Appeals for the Third Circuit from the June 9, 2008 judgment of sentence before the Honorable Sue L. Robinson, which was filed in the District Court on June 26, 2008.

              /s/ Elayne C. Bryn
              ELAYNE C. BRYN, ESQUIRE
              I.D. No. 51050
              Two Penn Center
              1500 J.F.K. Blvd., Suite 1230
              Philadelphia, PA  19102
              (215) 988-9570

              Attorney for defendant,
              Teresa Flood

Dated:  June 30, 2008

CERTIFICATE OF SERVICE

  I, ELAYNE C. BRYN, ESQUIRE, attorney for defendant Teresa Flood, hereby certify that on the 30th day of June, 2008, I caused to be electronically filed Defendant's Notice of Appeal with the Clerk of the Court.  I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

    Leslie F. Wolf, Asst. United States Attorney
    Office of the United States Attorney
    District of Delaware
    1007 N. Orange Street, Suite 700
    Wilmington, Delaware  19801

       /s/ Elayne C. Bryn
      ELAYNE C. BRYN, ESQUIRE
      Attorney for Defendant,
      Teresa Flood

Date:  June 30, 2008