LAW OFFICES

# Elayne C. Bryn

TWO PENN CENTER PLAZA
1500 J.F.K. BLVD., SUITE 1230
PHILADELPHIA, PENNSYLVANIA 19102

TELEPHONE (215) 988-9570
FAX (215) 640-0596

July 10, 2008

ALSO MEMBER NEW JERSEY BAR
ALSO MEMBER NEW YORK BAR

Peter P. Dalleo, Clerk
Office of the Clerk
United States District Court
District of Delaware
844 N. King Street
4th Floor - Room 4209
Wilmington, DE  19801

    Re:  U.S.A. v. Teresa Flood
         Docket No. 06-125
         U.S.C.A. No. 08-2937

Dear Mr. Dalleo:

    Enclosed please find the original and one (1) copy of Transcript Purchase Order form for the above-captioned matter.

    Please file the original form and return a timestamped copy to me in the enclosed self-addressed, stamped envelope.

Very truly yours,

Elayne C. Bryn

ELAYNE C. BRYN

ECB:ll
Encs.

cc:  Leslie F. Wolf, Asst. United States Attorney (w/enc.)
     Valerie Gunning (w/enc.)
     U.S. Court of Appeals – Office of the Clerk (w/enc.)

**ELAYNE C. BRYN, ESQUIRE**
Two Penn Center Plaza
1500 J.F.K. Blvd., Suite 1230
Philadelphia, PA 19102

Peter P. Dalleo, Clerk
Office of the Clerk
United States District Court
District of Delaware
844 N. King Street
4th Floor - Room 4209
Wilmington, DE 19801